## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 286 WAL 2019

                   :

       Respondent             :

                   :  Petition for Allowance of Appeal

                   :  from the Order of the Superior Court

        v.              :

                   :

                   :

CLAYTON MICHAEL SUDDUTH    :

        v.              :

                   :

                   :

RAHEEM MUHAMMAD, ESQUIRE, ET. AL.,  :

                   :

       Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.